# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NBTC Limited, | Court File No. 22-cv-01967 |
| Plaintiff, | |
| v. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF NBTC LIMITED** |
| Compute North, LLC, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff NBTC Limited states that it is a Hong Kong registered limited company wholly owned by 1111 Limited.

1111 Limited is a Hong Kong registered limited company wholly owned by The9 Limited. The9 Limited is an entity registered in the Cayman Islands and is publicly traded on the Nasdaq stock exchange.

DATED:  August 5, 2022.

**STOEL RIVES LLP**

*s/ Andrew J. Pieper*
Andrew J. Pieper (#0389262)
John T. Katuska (#0401273)
33 South Sixth Street, Suite 4200
Minneapolis, MN  55402
Telephone:  (612) 373-8801
Facsimile:  (612) 373-8881
andrew.pieper@stoel.com
john.katuska@stoel.com

**ATTORNEYS FOR PLAINTIFF NBTC LIMITED**

116361198.1 0205860-00001