UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| NBTC Limited, | Court File No. 22-cv-01967 (WMW/DTS) |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| Compute North, LLC, | |
| Defendant. | |

---

The undersigned attorney hereby notifies the Court and counsel that David R. Marshall and Ryan C. Young shall appear as counsel of record for Defendant Compute North, LLC in this case.

Dated: August 31, 2022

*s/ Ryan C. Young*
David R. Marshall (#0184457)
Ryan C. Young (#0397751)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street
Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000
dmarshall@fredlaw.com
ryoung@fredlaw.com

***Attorneys for Defendant Compute North, LLC***