UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NBTC Limited, | Court File No. 22-cv-01967 (WMW/DTS) |
| Plaintiff, | |
| Compute North, LLC, | **CONSENT MOTION EXTENDING TIME FOR DEFENDANT COMPUTE NORTH, LLC TO ANSWER OR OTHERWISE RESPOND** |
| Defendant. | |

Defendant Compute North, LLC ("Compute North"), by and through their undersigned counsel, hereby move to extend the time for Compute North to answer or otherwise respond to the Complaint in this action by twenty-three (23) days. Compute North was served on August 10, 2022, and its answer is due August 31, 2022. This is Compute North's first request for an extension of time to answer. Counsel for Plaintiff has consented to extend the time for Compute North to answer or otherwise respond until **September 23, 2022.**

Dated: August 31, 2022

Respectfully submitted,

*s/ Ryan C. Young*
David R. Marshall (#0184457)
Ryan C. Young (#0397751)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street
Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000
dmarshall@fredlaw.com
ryoung@fredlaw.com

***Attorneys for Defendant Compute North, LLC***