UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NBTC Limited, | Court File No. 22-cv-01967 (WMW/DTS) |
| Plaintiff, | |
| | **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| Compute North, LLC, | |
| Defendant. | |

Pursuant to the Defendant's unopposed Consent Motion Extending Time for Defendant Compute North, LCC ("Compute North") to Answer or Otherwise Respond to Plaintiff NBTC Limited's ("NBTC"),

**IT IS HEREBY ORDERED** that the time for Defendant Compute North to answer, move or otherwise respond to Plaintiff's Complaint shall be extended to and include September 23, 2022.

Dated: _____   _____
                                              The Honorable David T. Schultz
                                              United States Magistrate Judge