# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

NBTC Limited,

    Plaintiff,

v.

Compute North, LLC,

    Defendant.

Case No. 22-cv-1967 (WMW/DTS)

**ORDER**

---

Defendant filed an unopposed motion (Dkt. No. 11) for an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before September 23, 2022.

Dated: September 6, 2022

                                               s/David T. Schultz
                                               DAVID T. SCHULTZ
                                               U.S. Magistrate Judge