UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NBTC Limited,<br><br>        Plaintiff,<br><br>Compute North, LLC,<br><br>        Defendant. | Court File No. 22-cv-01967 (WMW/DTS)<br><br>**SUGGESTION OF BANKRUPTCY /<br>NOTICE OF AUTOMATIC STAY** |

**PLEASE TAKE NOTICE THAT** on September 22, 2022 (the "Petition Date"), defendant Compute North, LLC, and certain of its affiliates (collectively, the "Debtors"), each filed a voluntary petition (a copy of Compute North's petition is attached hereto as **Exhibit A**) for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1330 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases, including the defendant's case, are being jointly administered under *In re Compute North Holdings, Inc.*, Case No. 22-90273 (MI) (Bankr. S.D. Tex. (Hou.)). In accordance with the automatic stay provision of section 362 of the Bankruptcy Code, the above-captioned lawsuit which seeks to recover a claim against a debtor which arose before the Petition Date is stayed and cannot be prosecuted, nor can any judgment be rendered against a debtor, absent an order of the Bankruptcy Court.

All subsequent communications and documents relating to this matter should be sent to counsel for the Debtors: Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston,

Texas 77002, Attn: James T. Grogan III (jamesgrogan@paulhastings.com), Paul Hastings LLP; 200 Park Avenue, New York, New York 10166, Attn: Luc Despins (lucdespins@paulhastings.com), Sayan Bhattacharyya (sayanbhattacharyya@paulhastings.com), and Daniel Ginsberg (danielginsberg@paulhastings.com); and Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Micheli (mattmicheli@paulhastings.com) and Michael Jones (michaeljones@paulhastings.com).

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by ECF on plaintiff's counsel.

Dated: September 28, 2022

*s/ Ryan C. Young*
David R. Marshall (#0184457)
Ryan C. Young (#0397751)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street
Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000
dmarshall@fredlaw.com
ryoung@fredlaw.com

**Attorneys for Defendant Compute North, LLC**