UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NBTC Limited,                              Court File No. 22-cv-01967 (WMW/DLM)

      Plaintiff,

                                                 **STIPULATION FOR DISMISSAL**
                                                   **WITHOUT PREJUDICE**

Compute North, LLC,

      Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective undersigned counsel, that the above captioned action is hereby dismissed without prejudice and on the merits, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party will bear its own costs and attorneys' fees.


Dated:  August 28, 2023                    *s/ Andrew J. Pieper*
                                            Andrew J. Pieper (#0389262)
                                            John Katuska (#0401273)
                                            Stoel Rives LLP
                                            33 South Sixth Street, Suite 4200
                                            Minneapolis, MN  55402
                                            (612) 373-8898
                                            andrew.pieper@stoel.com
                                            john.katuska@stoel.com

                                            ***Attorneys for Plaintiff NBTC Limited***

Dated:  August 28, 2023

*s/ Ryan C. Young*

David R. Marshall (#0184457)
Ryan C. Young (#0397751)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN  55402-1425
(612) 492-7000
dmarshall@fredlaw.com
ryoung@fredlaw.com

*Attorneys for Defendant Compute North, LLC*