UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NBTC Limited, | Court File No. 22-cv-01967 (WMW/DLM) |
| Plaintiff, | |
| | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Compute North, LLC, | |
| Defendant. | |

In accordance with the Parties' Stipulation;

**IT IS ORDERED** that this action is DISMISSED without prejudice. Each party will bear its own costs and attorneys' fees.

Dated: _____, 2023            _____
                                                                WILHELMINA M. WRIGHT
                                                                United States District Judge