UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NBTC Limited,                                  Case No. 22-cv-1967 (WMW/DLM)

          Plaintiff,

v.                                             **ORDER FOR DISMISSAL**

Compute North, LLC,

          Defendant.

---

Based upon the Stipulation of Dismissal, (Dkt. 17), and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITHOUT PREJUDICE** and with each party to bear its own costs, disbursements and attorneys' fees incurred in this matter.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: December 13, 2023              s/ Wilhelmina M. Wright
                                     Wilhelmina M. Wright
                                     United States District Judge