# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| NBTC Limited, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22cv1967 (WMW/DLM) |
| Compute North, LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITHOUT PREJUDICE** and with each party to bear its own costs, disbursements and attorneys' fees incurred in this matter.

Date: 12/14/2023                                                                  KATE M. FOGARTY, CLERK